UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE SCOTT ROBAR,

    Petitioner,

v.

                                  File no: 1:06-CV-826

                                  HON. ROBERT HOLMES BELL

MARY BERGHUIS,

    Respondent.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Petitioner's habeas corpus petition is hereby **DISMISSED** pursuant to Rule 4 because it fails to raise a meritorious federal claim.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.


Date:   March 7, 2007              /s/ Robert Holmes Bell
                                        ROBERT HOLMES BELL
                                        CHIEF UNITED STATES DISTRICT JUDGE